| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **MOTLEY RICE LLC** |
| Jay W. Eisenhofer | Ann K. Ritter |
| Geoffrey C. Jarvis | 28 Bridgeside Boulevard |
| Jeff A. Almeida | Mt. Pleasant, South Carolina 29464 |
| 485 Lexington Avenue, 29th Floor | T:  (843) 216-9000 |
| New York, New York 10017 | F:  (843) 216-9450 |
| T:  (646) 722-8500 | |
| F:  (646) 722 8501 | |
| | |
| **STURMAN LLC** | **SAIBER LLC** |
| Deborah Sturman | Jeffrey W. Lorell |
| 275 Seventh Avenue, 2nd Floor | Marc E. Wolin |
| New York, New York 10001 | 18 Columbia Turnpike, Suite 200 |
| T:  (212) 367-7017 | Florham Park, New Jersey 07932-2266 |
| F:  (917) 546-2544 | T:  (973) 622-3333 |
| | F:  (973) 622-3349 |

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNION ASSET MANAGEMENT HOLDING AG, OPPENHEIM KAPITALANLAGEGESELLSCHAFT mbH, OPPENHEIM ASSET MANAGEMENT SERVICES S.à r.l, and ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT mbH, | Case No. 2:07-CV-04023-SRC |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| MERCK & CO., INC., RAYMOND V. GILMARTIN, JUDY C. LEWENT, ALISE S. REICIN, KENNETH C. FRAZIER, EDWARD M. SCOLNICK, DAVID W. ANSTICE, and PETER S. KIM, | |
| Defendants. | |

**JEFFREY W. LORELL**, hereby certifies that on October 21, 2011, I caused the foregoing Amended Complaint to be electronically filed with the United States District Court for

{00691344.DOC}

the District of New Jersey using the USDC CM/ECF system which will send notification of such filing to all counsel registered to receive such notice.

Dated:  October 21, 2011                                        */s Jeffrey W. Lorell*